MICHAEL D. KINKLEY
*Michael D. Kinkley, P.S.*
914 Northtown Office Bldg.
Spokane, WA 99207
(509) 484-5611
Attorney for the Plaintiffs

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 9 2000

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **MICHAEL P. CAMPION** on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>**CREDIT BUREAU SERVICES, INC.** (a Washington Corporation), **DARLENE M. BRIGHT and JOHN DOE BRIGHT**(Wife and Husband), **THOMAS J. MILLER and JANE DOE MILLER** (Husband and Wife), and **NICHOLAS M. WARRICK and JANE DOE WARRICK** (Husband and Wife),<br><br>Defendants. | NO. CS-99-0199-EFS<br><br>PLAINTIFFS' MOTION TO STRIKE AFFIDAVIT OF NICHOLAS WARRICK |

## MOTION

The plaintiffs move the court for an order striking the Affidavit of Nicholas Warrick filed with the defendants materials in opposition to summary judgment.

Plaintiff's Motion to Stirke - 1

## BASIS

This motion is based the fact that the affidavit was untimely as it presented a new issue and prejudiced the plaintiff by not allowing the plaintiff time to respond.

Dated: 5-19-2007    By: /s/ TWD
Timothy W. Durkop 22985
Associate Attorney for the Plaintiffs

Plaintiff's Motion to Stirke - 2

*Michael D. Kinkley, P.S.*
*Law offices of Washington and Idaho*
*914 Northtown Office Building*
*Spokane, WA 99207*
*(509) 484-5611 FAX 484-5972*