FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 3 0 2002

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MICHAEL P. CAMPION, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

CREDIT BUREAU SERVICES, INC. (a Washington corp.), DARLENE M. BRIGHT and JOHN DOE BRIGHT (Wife and Husband), THOMAS J. MILLER and JANE DOE MILLER (husband and wife),

Defendants.

No. CS-99-0199-EFS

JUDGMENT IN A CIVIL CASE

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that

a. On March 1, 2002, this Court extended its prior summary judgment rulings with respect to Plaintiff Michael Campion to the class in holding that

   (1) The Defendants have violated the Fair Debt Collection Practices Act.

   (2) The Defendants have violated the Washington Collection Agency Act.

   (3) Because the Defendants have violated the Washington Collection Agency Act, there has been a *per se* violation of the Washington Consumer Protection Act.

b. Further, in its March 1, 2002 Order, this Court held that:

   (1) the class certified by the Court did not suffer actual damages.

   (2) Because they did not suffer actual damages, their claims under the Fair Debt Collection Practices Act and the Washington Consumer Protection Act for actual damages are dismissed.

   (3) For the purposes of calculating statutory damages under the Fair Debt Collections Practices Act, net worth is calculated using book value, and under that formula, Defendant Credit Bureau Services' net worth is $467,251.

c. As a result of its rulings, judgment shall be entered against the Defendants thusly:

   (1) in the amount of one thousand dollars ($1,000) statutory damages against Defendants Credit Bureaus Services, Darlene M. Bright, and Thomas J. Miller in favor of Plaintiff Michael Campion.

   (2) in the amount of seven hundred, forty-two dollars and eighty-five cents ($742.85), against Defendants Credit Bureaus Services, Darlene M. Bright, and Thomas J. Miller, in favor of the Chapter 13, Bankruptcy in *In Re Michael Campion*, in U.S. District Court, EDWA, Bankruptcy No. 9903598.

   (3) in the amount of two thousand, two hundred and three dollars and sixty-one cents ($2,203.61) as actual documented costs as of June 28, 2002, against Defendants Credit Bureaus Services, Darlene M. Bright, and Thomas J. Miller, and in favor of the certified class.

(4) in the amount of two thousand, nine hundred and seven dollars ($2,907), as statutory damages against Defendant Thomas J. Miller, and in favor of the certified class.

(5) in the amount of four thousand, six hundred and seventy-three dollars, ($4,673), as statutory damages against Defendant Credit Bureau Services, Inc., and in favor of the certified class.

(6) in the amount of sixty dollars ($60), as statutory damages against Ms. Darlene Bright, and in favor of the certified class.

(7) in the amount of thirty-thousand dollars ($30,000), as attorneys fees against Defendants Credit Bureaus Services, Darlene M. Bright, and Thomas J. Miller, and in favor of Michael D. Kinkley, P.S.

(8) Interest on all judgment amounts shall accrue at the rate permitted under federal law.

d. Further, Defendants will pay the costs associated with issuing checks and mailing checks to the class. Plaintiffs are to use Washington Trust Bank and Walt's Mailing Services to accomplish this task.

DATED: September 30, 2002   JAMES R. LARSEN, CLERK

by *Cora Vargas*
Cora Vargas, Deputy Clerk